# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D.A. NOLT, INC., : | |
|     Plaintiff, : | |
| : | CIVIL ACTION |
|     v. : | |
| : | NO. 12-5810 |
| LOCAL UNION NO. 30, UNITED UNION : | |
| OF ROOFERS, WATERPROOFERS AND : | |
| ALLIED WORKERS, et al., : | |
|     Defendants. : | |

## ORDER

**AND NOW**, on this _22nd_ day of October, 2015, it is **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 30) is **GRANTED** and Plaintiff's Motion for Summary Judgment (ECF No. 31) is **DENIED IN PART and GRANTED IN PART**. Specifically, Plaintiff's request to modify the arbitrator's award to reflect the accurate total number of hours worked by Plaintiff's non-union employees is **GRANTED**. The arbitrator's award is modified to reflect that the total number of hours worked by Plaintiff's non-union employees is 12,873.75.

**IT IS FUTHER ORDERED** that the parties meet and confer regarding the correct dollar amount that Plaintiff owes based on the revised total number of hours. **On or before November 2, 2015**, the parties must submit a proposed revised dollar amount.

                                                  s/Anita B. Brody

                                            _____
                                            ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                       Copies **MAILED** on _____ to: